5:01cr4-2

RECEIVED
MAR 3 1 2009
STATESVILLE

Prob 22
(9/00)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran Court) |
| 1:08CR281-1 |
| DOCKET NUMBER (Rec Court) |

FILED
CHARLOTTE, NC
APR 1 0 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| Gary Ky-Yon Gray | Middle District of North Carolina | Winston-Salem |
| Mooresville, NC | | |

FILED
APR - 8 2009
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

| NAME OF SENTENCING JUDGE |
| U.S. District Judge Richard L. Voorhees (WD/NC) |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/08/2008 | TO 05/07/2013 |

### OFFENSE

Conspiracy to Possess with Intent to Distribute a Quantity of Cocaine Base, a Schedule II Controlled Substance, 21 U.S.C. 846 & 841 (b)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

John S. _____
By: _____ Deputy Clerk

2/27/09
_____
Date

_James A. Beaty_
United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     WESTERN          DISTRICT OF     NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-26-09
_____
Date

_____
United States District Judge